950

In the Matter of MARY VERONICA SANTIAGO-MONTEVERDE, Debtor.

MARY VERONICA SANTIAGO-MONTEVERDE, Appellant, v JOHN S. PEREIRA, Chapter 7 Trustee, Respondent.

Submitted September 15, 2014; decided September 18, 2014

*See* 747 F3d 153.

Motion by Brad Hoylman et al. for leave to file a brief amici curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed.

In the Matter of MARY VERONICA SANTIAGO-MONTEVERDE, Debtor.

MARY VERONICA SANTIAGO-MONTEVERDE, Appellant, v JOHN S. PEREIRA, Chapter 7 Trustee, Respondent.

Submitted September 15, 2014; decided September 18, 2014

*See* 747 F3d 153.

Motion by New York City Bankruptcy Assistance Project et al. for leave to file a brief amici curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

SUE/PERIOR CONCRETE & PAVING, INC., Respondent, v LEWISTON GOLF COURSE CORPORATION, Appellant, et al., Defendants.

Submitted September 15, 2014; decided September 18, 2014

Motion by Seneca Nation of Indians for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.